# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE GILLETTE COMPANY, | : |
| Plaintiff, | : |
| v. | : No. 1:16-cv-02635-RBK-JS |
| DONALD P. MCCABE, III, individually and d/b/a dondawg00, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The Gillette Company and Defendant Donald P. McCabe, III, individually and d/b/a dondawg00, by and through their respective undersigned counsel, hereby stipulate and agree to the DISMISSAL WITH PREJUDICE of the above-captioned action, with each party to bear their own expenses and costs.

For Plaintiff:

/s/ Ross G. Currie
ROSS G. CURRIE, ESQ.
**DINSMORE & SHOHL LLP**
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
(610) 408-6020 phone
ross.currie@dinsmore.com

For Defendant:

/s/ Norman E. Lehrer
NORMAN E. LEHRER, ESQ.
**NORMAN E. LEHRER, P.C.**
41 Grove Street
Haddonfield, NJ 08033
(856) 429-4100 phone
patents@pobox.com